UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| This document also relates to: | |
| Russell Dubinski, et al. v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 08-cv-06266 (JRT) | **ORDER GRANTING PERMISSION FOR DEFENDANTS JOHNSON & JOHNSON, ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., AND JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC TO AMEND THEIR ANSWERS TO COMPLAINTS** |
| Myrna Pratt v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00075 (JRT) | |
| Darla Spencer v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00092 (JRT) | |
| Joseph Wayne Gibson v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00139 (JRT) | |
| Emily White v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00145 (JRT) | |
| Nancy Vanderbilt v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00225 (JRT) | |
| Charles Bryan v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00239 (JRT) | |

Rufus Smith, Jr. v. Johnson & Johnson, Ortho
McNeil Pharmaceuticals, Inc., and Johnson &
Johnson Pharmaceutical Research and
Development, LLC, D. Minn. Court File No.
09-cv-00255 (JRT)

Ronald Snearey v. Johnson & Johnson, Ortho
McNeil Pharmaceuticals, Inc., and Johnson &
Johnson Pharmaceutical Research and
Development, LLC, D. Minn. Court File No.
09-cv-00265 (JRT)

Martin Drake v. Johnson & Johnson,
Ortho McNeil Pharmaceuticals, Inc., and
Johnson & Johnson Pharmaceutical
Research and Development, LLC, D.
Minn. Court File No. 09-cv-00330 (JRT)

_____

This matter is before the Court upon the stipulation filed by the parties on June 16, 2009 [Docket No. 292 on 08-1943],

**IT IS HEREBY ORDERED** that based on the parties' stipulation filed with the Court that defendants Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research & Development, LLC may file and serve Amended Answers in each of the affected cases without the necessity of a hearing on said amendment. Cases affected by this order are:

    Russell Dubinski, et al. v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 08-cv-06266 (JRT)

    Myrna Pratt v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00075 (JRT)

    Darla Spencer v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00092 (JRT)

Joseph Wayne Gibson v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00139 (JRT)

Emily White v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00145 (JRT)

Nancy Vanderbilt v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00225 (JRT)

Charles Bryan v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00239 (JRT)

Rufus Smith, Jr. v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00255 (JRT)

Ronald Snearey v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00265 (JRT)

Martin Drake v. Johnson & Johnson, Ortho McNeil Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC, D. Minn. Court File No. 09-cv-00330 (JRT)

DATED: July 28, 2009
at Minneapolis, Minnesota.

        s/John R. Tunheim
        JOHN R. TUNHEIM
    United States District Judge